152 A.3d 758

**GORDON, Ashley Nicholle**

v.

**STATE of Maryland**

**Pet. Docket No. 475, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1857, Sept. Term, 2015)

Petition for writ of certiorari denied

■

152 A.3d 758

**GRIFFIN, Charles**

v.

**STATE of Maryland**

**Pet. Docket No. 447, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

(No. 15–K–16–011217, Circuit Court for Caroline County.)

Petition for writ of certiorari denied